RECEIVED
MAY 24 2021
BY MAIL

UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF MISSOURI
DIVISION

Derrick T. Brown ) **Complaint for a Civil Case**
)
)
)
)
)
(Write the full name of each plaintiff ) Case No.
who is filing this complaint. If the ) *(to be assigned by Clerk of*
names of all the plaintiffs cannot fit in ) *District Court)*
the space above, please write "see )
attached" in the space and attach an )
additional page with the full list of ) Plaintiff requests trial by jury:
names.) ) ☒ Yes ☐ No
)
v. )
)
Charisse M. Hill, Natasha )
McKhee, Philip Dennis, )
Nancy Emmel, Joan Gilmer, )
Connie Hood )
)
)
(Write the full name of each defendant. )
The caption must include the names of )
all of the parties. Fed. R. Civ. P. 10(a). )
Merely listing one party and writing "et )
al." is insufficient. Attach additional )
sheets if necessary.) )

## CIVIL COMPLAINT

*NOTICE:*

*Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date, the full name of a person known to be a minor, or a complete financial account number. A filing may include only: the last four digits of a social security number, the year of an individual's birth, a minor's initials, and the last four digits of a financial account number.*

*Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.*

*In order for your complaint to be filed, it must be accompanied by the $400.00 filing fee or an application to proceed without prepaying fees or costs.*

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Derrick T. Brown |
| Street Address | 7555 W. Amherst Ave, PO Box 27988 |
| City and County | Denver, Jefferson |
| State and Zip Code | Colorado 80227 |
| Telephone Number | 720 347 2747 |
| E-mail Address | brownderrick8@gmail.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Charisse M Hill |
| Job or Title | Mom |
| Street Address | 231 S. Bemiston Ave, Suite 1111 |
| City and County | Clayton, St. Louis |
| State and Zip Code | Missouri 63105 |
| Telephone Number | 314-725-7901 |
| E-mail Address | amy@amygervichlaw.com |

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant. If you are suing for violation of your civil rights, you must state whether you are suing each defendant in an official capacity, individual capacity, or both.)*

2

2(A) Defendants

**Natasha McKhee**

Grandma

231 S. Bemiston Ave, Suite 1111

Clayton, St Louis

Missouri 63105

**Philip Dennis**

Lawyer – 314-371-7300

5340 Delmar Blvd #101

St. Louis

Missouri 63112

**Nancy Emmel**

Guardian Ad Litem – 314-615-7041

105 S. Central Ave

St. Louis

Missouri 63105

**Connie Hood**

Lawyer – 314-615-7041

105 S. Central Ave

St. Louis

Missouri 63105

**Joan Gilmer**

Court Clerk – 314-615-7041

105 S. Central Ave

St. Louis

Missouri 63105

II. **Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power). Generally, only three types of cases can be heard in federal court. Provide the information for this case. *(Include all information that applies to your case)*

A. **Federal question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

```
Contract Fraud, Collusion, Violation of Title 18 Section
242, Missouri Law 565.153 Violation, Extortion, Fifth
Amendment Violation, Breach of Contract, Intentional
Interference with Visitation Rights, Intentional Infliction
of Emotional Stress
```

B. **Suit against the Federal Government, a federal official, or federal agency**

List the federal officials or federal agencies involved, if any.

C. **Diversity of Citizenship**

These are cases in which a citizen of one State sues a citizen of another State or nation, and the amount at stake is more than $75,000. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

1. The Plaintiff(s)

    The plaintiff, *(name)* __Derrick T. Brown__, is a citizen of the State of *(name)* __Colorado__.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

3

2. The Defendant(s)

If the defendant is an individual

The defendant, *(name)* __Charisse M Hill__, is a citizen of the State of *(name)* __Missouri__ Or is a citizen of *(foreign nation)* _____.

If the defendant is a corporation

The defendant, *(name)* _____.

is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____ Or is incorporated under the laws of the State of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy----the amount the plaintiff(s) claims the defendant(s) owes or the amount at stake----is more than $75,000, not counting interest and costs of court, because *(explain)*:

The time that has been stolen from my family can not be replaced by the court of the defendants. The damages will echoe generations.

4

4(A) The Defendants

1. The defendant **Natasha McKhee** is a citizen of the state of Missouri.

2. The defendant **Philip Dennis** is incorporated under the laws of the state of Missouri and has its principal place of business in the state of Missouri.

3. The defendant **Nancy Emmel** is incorporated under the laws of the state of Missouri and has its principal place of business in the state of Missouri.

4. The defendant **Connie Hood** is incorporated under the laws of the state of Missouri and has its principal place of business in the state of Missouri.

5. The defendant **Joan Gilmer** is a citizen of the state of Missouri.

III. **Statement of Claim**

Type, or neatly print, a short and plain statement of the **FACTS** that support your claim(s). For every defendant you have named in this complaint, you must state what he or she personally did to harm you. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Do not make legal arguments, or cite court cases or statutes. You may attach additional pages if necessary.

Your statement of claim must include all of the following information:

1. What happened to you?
2. When did it happen?
3. Where did it happen?
4. What injuries did you suffer?
5. What did each defendant personally do, or fail to do, to harm you?

Charisse M. Hill, Natasha McKhee, Philip Dennis, Nancy Emmel, Joan Gilmer, Connie Hood.

1. All defendants have participated in fraud, kidnapping, deprivation of my rights, extortion, perjury.

2. It happened over 10 years ago and is still happening today.

3. It happened in St. Louis family court.

4. Parental Alienation, phyiscal, mental, financial distress.

5. My son and I have been a victim of St Louis County kids for cash scam. The courts and the lawyers in this case colluded against me during my fraudulent family hearings. Forced with the threats of violence from courts and lawyers to extort money from my family and Deprived of Due Process under the color of law. Forced to sign fraudulent paperwork that was not and will not be enforced unless it involves terrorizing me as a custodial parent. Charisse M Hill and Natasha McKhee have been allowed to commit perjury and kidnapping of my son. Entered into verbal and written contracts that Charisse M Hill knew that she would not uphold. Charisse M Hill has violated Missouri state law 565.153 among others.

IV. **Relief**

State briefly and precisely what damages or other relief you want from the Court. Do not make legal arguments.

$25,000,000

5

Do you claim the wrongs alleged in your complaint are continuing to occur now?

Yes ☒   No ☐

Do you claim actual damages for the acts alleged in your complaint?

Yes ☒   No ☐

Do you claim punitive monetary damages?

Yes ☒   No ☐

If you indicated that you claim actual damages or punitive monetary damages, state the amounts claimed and the reasons you claim you are entitled to recover these damages.

$25,000,000
I have been an victim of fraud from multiple levels and the damage than has been done to my family can not be replaced.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __20__ day of _____May_____, 20 _21_.

Signature of Plaintiff(s) _____

6